VGO'M
05-0748

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
DEC 22 2005
AT 8:30
WILLIAM T. WALSH
CLERK

UNITED STATES OF AMERICA  :    CRIM. NO. 05-3666

v.                        :    29 U.S.C. Sections 503 (a) &(c)

LORENZO KORNEGAY          :

# I N F O R M A T I O N

The United States Attorney for the District of New Jersey charges that at all times relevant to this Information:

1. Lodge # 2 of the International Machinists Union (hereinafter Lodge # 2) located at 625 Evans Street, Elizabeth, New Jersey, was a "labor organization" within the meaning of the provisions of Title 29, United States Code, Sections 152(5), 402(i), 402(j) and 1002(4). It represented and admitted to membership persons employed as corrections officers as well as other service industries in New Jersey, and elsewhere.

2. Defendant LORENZO KORNEGAY was the President of and an Executive Board member at Lodge # 2; as such, LORENZO KORNEGAY had the authority to act in all matters that affected the finances of Lodge # 2.

3. Between at least December 31, 2002 and December 31, 2004, in the District of New Jersey and elsewhere, the defendant

LORENZO KORNEGAY

acting as President of Local # 2, did knowingly and willfully make a loan to himself which resulted in a total indebtedness to

Lodge # 2 in excess of $2000.

In violation of Title 29, United States Code, Sections 503 (a) and (c).

*Christopher J. Christie*
CHRISTOPHER J. CHRISTIE
United States Attorney